JANUARY 22, 1973

No. 72–524. MARYLAND PEOPLE'S PARTY ET AL. *v.* MANDEL, GOVERNOR OF MARYLAND, ET AL. Affirmed on appeal from D. C. Md. MR. JUSTICE BRENNAN would dismiss the appeal as moot.

No. 72–638. LAKE CHARLES AMERICAN PRESS *v.* FRANCIS. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would postpone question of jurisdiction to hearing of case on the merits. MR. JUSTICE BRENNAN would dismiss appeal for want of jurisdiction, being of the view that the decision of the Louisiana Supreme Court was based on an adequate state ground.

No. 72–5119. ROSS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Ham* v. *South Carolina,* 409 U. S. 524 (1973).

No. 59, Orig. UNITED STATES *v.* NEVADA ET AL. Motion of Association on American Indian Affairs, Inc., for leave to file a brief as *amicus curiae* in support of motion for leave to file bill of complaint granted. Motion for leave to file bill of complaint set for oral argument in due course.